## MORRIS GIBSON v. STATE.

No. A-236.	Opinion Filed March 30, 1910.

(107 Pac. 739.)

APPEAL—Dismissal—Defects in Record.  When the case-made is not served upon the county attorney, in the time allowed by the court, and the clerk of the court does not certify to the transcript of the record, the appeal cannot be considered either upon the case-made or the transcript of the record, and will be dismissed.

(Syllabus by the Court.)

*Appeal from District Court, Le Flore County; M. E. Rosser, Judge.*

Morris Gibson, the defendant, was convicted of the offense of manslaughter, and sentenced to seven years' confinement in the penitentiary and a fine of $500. Motions for a new trial and in arrest of judgment were filed and overruled on the 11th day of November, 1908. Defendant was given 90 days in which to prepare and serve a case-made, and appeals. Appeal dismissed.

*J. E. Whitehead,* for appellant.

*Charles L. Moore,* Asst. Atty. Gen., for the State.

PER CURIAM. In so far as the record discloses, the case-made was never served upon the county attorney. We must therefore sustain the motion of the Attorney General to strike from the record what purports to be the case-made. There is no certificate of the clerk of the court to the transcript of the record. We therefore are without jurisdiction to consider this attempted appeal either as upon a case-made or upon a transcript of the record.

The appeal is therefore dismissed.